**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 2, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00211-CV

---

## FLEMING & ASSOCIATES, L.L.P. (N/K/A FLEMING, NOLEN & JEZ, L.L.P.) AND GEORGE FLEMING, Appellants

### V.

## DON JACKSON, JEFFREY W. CHAMBERS, AND WARE, CHAMBERS, LEE & CHAMBERS, L.L.P., Appellees

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2014-53135**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a dismissal order signed February 24, 2015. *See* Tex. Civ. Prac. & Rem. Code Ann. § 27.008(b) (West 2015). On March 25, 2015, appellants filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P.

42.1. The motion is granted.

Accordingly, this appeal is ordered dismissed. Appellants' related appeal against another group of defendants, Charles Kirklin, Stephen Kirklin, Paul Kirklin, and the Kirklin Law Firm, P.C. (n/k/a Kirklin Soh, L.L.P.), docketed under our appellate case number 14-15-00238-CV, remains pending before the court.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.